IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN K. DAVIDSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 3:06-CV-1300-R |
| | § | (ECF) |
| THE BOEING COMPANY, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S NOTICE OF RESPONSE

TO: THE HONORABLE JERRY BUCHMEYER,
UNITED STATES DISTRICT JUDGE:

COMES NOW, Plaintiff John K. Davidson, pursuant to the Court's July 24, 2006 Scheduling Order, and files this his Notice of Response, and would show the Court as follows:

I.

### Documents Served on Defendant

1) Plaintiff's Response to Defendant The Boeing Company's Motion for Summary Judgment;

2) Plaintiff's Brief in Support of Plaintiff's Response to Defendant The Boeing Company's Motion for Summary Judgment; and

3) Joint Appendix; and

4) Order Denying Defendant The Boeing Company's Motion for Summary Judgment.

Respectfully submitted,

_____
ZOE COURTNEY
State Bar No. 04897500

JASON C.N. SMITH
State Bar No. 00784999

ART BRENDER
State Bar No. 02954500

LAW OFFICES OF ART BRENDER
600 Eighth Avenue
Fort Worth, Texas 76104
Telecopier: (817) 334-0274
Telephone: (817) 334-0171
E-mail: brenderlawfirm@artbrender.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was forwarded via certified mail, return receipt requested to counsel for Defendant, Gary D. Eisenstat, Figari & Davenport, L.L.P., 3400 Bank of America Plaza, 901 Main Street, Dallas, Texas 75202, on December 29, 2006, pursuant to the Court's "Joint Submission" procedure.

_____
ZOE COURTNEY

\sed\Davidson, J.\Lit.\not-resp-msj.1634          2