Chambers of<br>
Hon. Jerry Buchmeyer<br>
Sr. United States District Judge

# MEMORANDUM

**TO:**   Clerk's Office

**FROM:**   Debbie Bishop

**DATE:**   January 19, 2007

    **RE:**   *Davidson v. The Boeing Company*
            Case No. 3:06-CV-1300-R

---

    Please show that this case is administratively closed pending entry of the final judgment or dismissal order (per Judge Buchmeyer).

    Thanks.